IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOSEPH SANDERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No.  03-255-MJR |
| **K. MILLER,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion for Transfer.  **(Doc. 13)**.

Judge Reagan has denied a previous motion for transfer.  **See, Docs. 6 and 7**.  The instant motion presents nothing new, and must be denied for the reasons set forth in Judge Reagan's order of February 8, 2005.

For the foregoing reasons, plaintiff's Motion for Transfer to Another Institution **(Doc. 13)** is **DENIED**.

   **IT IS SO ORDERED.**

   **DATED: May 25, 2005.**

                            s/ Clifford J. Proud
                            **CLIFFORD J. PROUD**
                            **U.S. MAGISTRATE JUDGE**