IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOSEPH SANDERS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) Case No. 03-255-MJR |
| **K. MILLER,** | ) ) |
| **Defendant.** | ) |

## ORDER

**PROUD, Magistrate Judge:**

This matter is before the Court for purposes of docket control

On May 2, 2006, the Court denied plaintiff's motion for default as to defendant Miller, instructed plaintiff on how to serve Miller, and granted him additional time for service.  **See, Doc. 17.**  Plaintiff has now filed a purported proof of service.

Plaintiff is *not* proceeding in forma pauperis and is, therefore, responsible for serving defendant.  The Court has explained in detail how to accomplish service on Miller.

Plaintiff's "proof of service" is deficient.  First, he states that he has served the United States by certified mail, but there is no certified mail receipt attached.  He also states that he has served the summons upon the United States Attorney for this District, but there is no proof of same.  Lastly, he states that he served Miller "by delivery to usual abode job, agent U.S.P. Marion IL."  The usual place of abode means usual place of residence, or, where the defendant lives.  The usual place of abode is *not* the defendant's place of employment.

Pursuant to **Fed.R.Civ.P. 4(m)**, plaintiff is granted additional time in which to serve defendant.  **NOTICE IS HEREBY GIVEN** that this case will be dismissed as to defendant

1

K. Miller by the Court for failure of plaintiff to properly prosecute unless action is implemented within twenty (20) days to effectuate service by following the steps outlined in the Court's Order of May 2, 2006 **(Doc. 17)**.

**IT IS SO ORDERED.**

**DATED: June 12, 2006**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**
